

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 5, 2021

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Edwin Manolo Romero*, 21 Mag. 7242

Dear Judge Krause:

    The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 21 Mag. 7242, and related arrest warrant for Defendant Edwin Manolo Romero, as I have been advised that the Defendant has been arrested.

                              Respectfully submitted,

                              AUDREY STRAUSS
                            United States Attorney

By:   _____
        Stephanie Simon
        Assistant United States Attorney
        Tel:  (914) 993-1920

SO ORDERED:

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE

August 5, 2021